**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHAEL RIVLIN**, | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 19-1497-KSM** |
| **ZIMMER BIOMET, et al.,** | |
| Defendants. | |

**<u>ORDER</u>**

**AND NOW,** this 30th day of September 2021, it is **ORDERED** as follows:

1.      Upon consideration of Plaintiff's Motion *in Limine* to Preclude Defendants from Offering Inadmissible Hearsay (Doc. No. 36) and Defendants' response brief (Doc. No. 50), it is **ORDERED** that the motion is **DENIED AS MOOT.**

2.      Upon consideration of Plaintiff's Motion *in Limine* to Preclude Defendants' Expert, Elizabeth Austin, Ph.D., as Not Helpful to the Jury, Irrelevant and Unfairly Prejudicial (Doc. No. 37) and Defendants' response brief (Doc. No. 55), it is **ORDERED** that the motion is **DENIED.**

3.      Upon consideration of Defendants' Motion *in Limine* to Exclude Reference to Pilot Weather Reports (PIREPS) (Doc. No. 33) and Plaintiff's response brief (Doc. No. 53), it is **ORDERED** that the motion is **DENIED AS MOOT.**

4.      Upon consideration of Defendants' Motion *in Limine* to Exclude Reference to FAA Advisory Circular 120-88A (Doc. No. 34) and Plaintiff's response brief (Doc. No. 54), it is **ORDERED** that the motion is **DENIED.**  The Court will, however, entertain a request for a limiting instruction as to the applicability of Circular 120-88A.

5.      Upon consideration of Defendants' Motion *in Limine* to Exclude Evidence of Subsequent Remedial Measures (Doc. No. 35), Plaintiff's response brief (Doc. No. 52), and Defendants' reply brief (Doc. No. 56), it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.  The motion is **GRANTED** as to Barry Lintz's January 23, 2017 email (Doc. No. 35-5 at pp. 4–5.) and the Biomet Safety Report (Doc. No. 35-4).  These materials shall not be introduced at trial.[1]  The motion is **DENIED** as to Lintz's January 21, 2017 email and attachment (Doc. No. 35-5 at pp. 2–3).

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.

---

[1] The Court withholds ruling on whether these materials may ultimately be introduced for impeachment purposes.